**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| SIERRA CONCRETE DESIGN, INC. and | : | Case No. 08-12029 (CSS) |
| | : | |
| TREVI ARCHITECTURAL, INC. | : | Case No. 08-12031 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**[RE: DOCKET NO. 180, 187]**

**ORDER GRANTING FIRST INTERIM APPLICATION OF
COOCH AND TAYLOR FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO CHAPTER 7 TRUSTEE**

Before the Court is the First Interim Application of Cooch and Taylor For Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Chapter 7 Trustee for the Period from August 29, 2008 Through June 30, 2009 (the "Application").[1]

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and § 157(b)(2).

2. Proper notice of the Application has been provided by the Trustee.

3. The Court finds that the legal and factual basis for the Application has been established and that the compensation and reimbursement of expenses described in the Application are necessary, fair and reasonable.

4. The Application is **GRANTED**. Any objections not made to the Application are waived. Any objections made to the Application are overruled with prejudice.

5. The following amounts are approved with respect to the First Interim Application of Cooch and Taylor: Compensation in the amount of $232,918.50 and reimbursement of costs and expenses in the sum of $6,825.60.

[1]Capitalized terms used herein shall have the meanings ascribed to them in the Application.

6. Of these approved amounts, the Trustee is authorized to pay Cooch and Taylor compensation in the amount of $43,174.40 and reimbursement of costs and expenses in the sum of $6,825.60. The rights of Cooch and Taylor with respect to the approved but unpaid amounts are reserved.

7. The rights of Textron Financial Corp. to subsequently object to payment to Cooch and Taylor for approved, but unpaid, fees and expenses are expressly reserved and preserved.

8. This Order is effective and enforceable immediately.

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Date: August 18, 2009