IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| SIERRA CONCRETE DESIGN, INC. and | : Case No. 08-12029 (CSS) |
| | : (Jointly Administered) |
| TREVI ARCHITECTURAL, INC. | : |
| | : |
| Debtors. | : Re: Docket No. 199 |

## ORDER APPROVING INTERIM DISTRIBUTION AND RELATED RELIEF

1. Jeoffrey L. Burtch, Trustee in the above captioned cases, has filed a Motion of Chapter 7 Trustee to Approve Interim Distribution and for Related Relief (the "Motion")[1].

2. The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2).

3. Proper Notice of the Motion has been given.

4. The Motion is GRANTED. Any objections not made to the Motion are waived. Any objections made to the Motion are overruled with prejudice.

5. The Interim Distribution Agreement, attached hereto as Exhibit A, is APPROVED.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: September 25, 2009

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] All capitalized terms not defined in this Order shall have the same meaning as ascribed to them in the Interim Distribution Agreement.