IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| SIERRA CONCRETE DESIGN, INC. ) | Chapter 7 |
| TREVI ARCHITECTURAL, INC., ) | |
| ) | Case No. 08-12029 (CSS) |
| Debtors. ) | |
| ) | (Jointly Administered) |

RE: DOCKET NO. 405

**ORDER GRANTING THIRD AND FINAL FEE APPLICATION OF THE LAW OFFICES OF RICHARD McKNIGHT, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE FOR THE PERIOD FROM SEPTEMBER 17, 2008 THROUGH DECEMBER 31, 2011**

Before the Court is the Final Fee Application of the Law Offices of Richard McKnight, P.C. ("RMPC") for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to Jeoffrey L. Burtch for the Period from September 17, 2008 through December 31, 2011 (the "Application").[1]

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and § 157(b)(2).

2. Proper notice of the Application has been provided by the Trustee.

3. The Court finds that the legal and factual basis for the Application has been established and that the Compensation and reimbursement of expenses described in the Application are necessary, fair and reasonable.

4. The Application is GRANTED. Any objections not made to the Application are waived. Any objections made to the Application are overruled with prejudice.

---

[1] Unless otherwise defined, capitalized terms used herein shall have the meaning ascribed to them in the Application.

5. It is hereby:

ORDERED that the Third and Final Application is granted as set forth herein; and it is further

ORDERED that the Law Offices of Richard McKnight, P.C. is hereby

(i) allowed, on a final basis, compensation in the amount of $ 58,250.50 [handwritten] services rendered, and $3,019.87 in actual and necessary expenses incurred, previously paid to the Law Offices of Richard McKnight, P.C. pursuant to the Order of the Court approving RMPC's First and Second Interim Applications;

(ii) allowed, on an interim and final basis, compensation in the amount of $13,266.00 [handwritten] for services rendered, and $102.14 in actual and necessary expenses incurred, during the period March 1, 2011 through December 31, 2011.

6. The Trustee is authorized to pay, from the Tiffiny 506(c) Reserve, the Law Offices of Richard McKnight, P.C. compensation in the amount of $13,266.00 [handwritten] and reimbursement of costs and expenses in the sum of $102.14.

7. This Order is effective and enforceable immediately, and shall not be affected and/or stayed by any of the provisions of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, or any other applicable rule.

8. This Order finally approves the compensation and reimbursement of costs as stated above, except that any such compensation and reimbursement of costs paid remain subject to disgorgement pending approval of the Trustee's Final Report.

Dated: 4/4, 2012

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE