IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| SIERRA CONCRETE DESIGN, INC. and | : Case No. 08-12029 (CSS) |
| | : |
| TREVI ARCHITECTURAL, INC., | : Case No. 08-12031 (CSS) |
| | : (Jointly Administered) |
| Debtors. | : |

[RE: DOCKET NO. 406]

### ORDER GRANTING THIRD INTERIM FEE APPLICATION OF COOCH AND TAYLOR FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO CHAPTER 7 TRUSTEE

Before the Court is the Third Interim Fee Application of Cooch and Taylor for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Chapter 7 Trustee for the Period from March 1, 2011 through December 31, 2011 (the "Application").[1]

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and § 157(b)(2).

2. Proper notice of the Application has been provided by the Trustee.

3. The Court finds that the legal and factual basis for the Application has been established and that the compensation and reimbursement of expenses described in the Application are necessary, fair and reasonable.

4. The Application is GRANTED. Any objections not made to the Application are waived. Any objections made to the Application are overruled with prejudice.

5. The following amounts are approved with respect to the Third Interim Application of Cooch and Taylor: Compensation in the amount of $117,755.50 and reimbursement of costs and expenses in the sum of $2,565.02.

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Application.

6. Of these approved amounts, the Trustee is authorized to pay Cooch and Taylor compensation in the amount of $29,449.00 and reimbursement of costs and expenses in the sum of $872.18 out of general and unencumbered Sierra estate monies.

7. Of these approved amounts, the Trustee is authorized to pay Cooch and Taylor compensation in the amount of $70,814.00, and reimbursement of costs and expenses in the sum of $1,581.51 out of general and unencumbered Trevi estate monies.

8. Of these approved amounts, the Trustee is authorized to pay Cooch and Taylor compensation in the amount of $17,492.50, and reimbursement of costs and expenses in the sum of $111.33 out of the Trustee's Tiffiny 506(c) Reserve.[2] Any approved amounts stated in this paragraph that are in excess of the remainder of the Trustee's Tiffiny 506(c) Reserve may be paid out of general and unencumbered Trevi estate monies.

9. This Order is effective and enforceable immediately, and shall not be affected and/or stayed by any of the provisions of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, or any other applicable rule.

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Date: ___4/4___, 2012

---

[2] These amounts reflect the compensation and expenses amounts as stated in Exhibit C to the Application (the Tiffiny Litigation, Project Category 66593-20).