IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SIERRA CONCRETE DESIGN, INC. | ) | Case No. 08-12029 (CSS) |
| TREVI ARCHITECTURAL, INC., | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | [RE: Docket No.: 417 and 418] |

### ORDER GRANTING TRUSTEE'S 9019 MOTION FOR AN ORDER APPROVING SETTLEMENT OF POTENTIAL ACTIONS

1. Jeoffrey L. Burtch, the Chapter 7 trustee (the "Trustee") for the above-captioned debtors, has filed the Trustee's 9019 Motion for an Order Approving Settlement of Potential Actions (the "Motion").[1]

2. The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2). Proper notice of the Motion has been provided by the Trustee.

3. The Court finds that the EWP/Ampersand Settlement Agreement was negotiated at arm's length and entered into in good faith by the parties. The consideration to be received by each Estate is fair and reasonable, and falls above the lowest point in the range of reasonableness.

4. The Motion is GRANTED as stated in this Order. Any objection not made to the Motion is waived. The objection of Textron Financial Corp. ("Textron") (D.I. 418) is resolved as stated in this Order, and is otherwise withdrawn with prejudice.

5. The EWP/Ampersand Settlement Agreement, attached hereto as <u>Exhibit 1</u>, is APPROVED.

---

[1] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

6. The Trevi Settlement Amount is property of the Trevi Estate. Edwards Wildman Palmer LLP, in its role as escrow agent, shall transfer the Trevi Settlement Amount of $60,000.00 to the Trustee. After receipt of the $60,000.00 in immediately available funds, the Trustee shall pay $9,000.00 to Textron within 5 business days. The $9,000.00 shall be applied by Textron towards the principal amount of its secured claim against the Chapter 7 estates. The remainder of the Trevi Settlement Amount ($51,000.00) shall be held by the Trustee in a general Trevi bank account free and clear of any liens, encumbrances, and interests.

7. The Sierra Settlement Amount is property of the Sierra Estate. Edwards Wildman Palmer LLP, in its role as escrow agent, shall transfer the Sierra Settlement Amount of $10,000.00 to the Trustee. The Sierra Settlement Amount shall be held by the Trustee in a general Sierra bank account free and clear of any liens, encumbrances, and interests.

8. Any and all claims of Edwards Wildman Palmer LLP (formerly known as Edwards Angell Palmer and Dodge) filed in the Sierra bankruptcy case, including those claims reflected in the Proof of Claim No. 56, are waived.

9. Any claims of Edwards Wildman Palmer LLP (formerly known as Edwards Angell Palmer and Dodge) filed in the Trevi bankruptcy case, including those claims reflected in the Proof of Claim No. 83, are waived.

10. EWP, and each of the Ampersand Entities, explicitly waive their respective right to file a claim pursuant to 11 U.S.C. § 502(h) with respect to the Settlement Amounts.

11. The Clerk of the Court is authorized to take any necessary or reasonable steps to implement this Order.

12. The Trustee is authorized to execute any necessary documents to implement this order.

13.  This order is effective immediately and notwithstanding the fourteen day stay imposed by Bankruptcy Rule 6004(h).

14.  This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: May 9, 2012

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY COURT JUDGE