## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| SIERRA CONCRETE DESIGN, INC. and | : Case No. 08-12029 (CSS) |
| | : |
| TREVI ARCHITECTURAL, INC. | : Case No. 08-12031 (CSS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Re: Docket No. 562 (08-12029) |
| | Re: Docket No. 562 (08-12029) |

### REVISED ORDER GRANTING FOURTH AND FINAL FEE APPLICATION OF COOCH AND TAYLOR, P.A.

Before the Court is the *Fourth and Final Fee Application of Cooch And Taylor, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee for the Interim Period January 1, 2012 through January 4, 2016, Special Litigation Period of July 2, 2009 through July 24, 2012 and the Final Period of August 29, 2008 through January 4, 2016* (the "Final Application").[1]

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(2) and 1334 and § 157(b)(2) and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012 to consider and grant the relief sought in the Final Application.

2. Proper notice of the Final Application has been provided by C&T.

3. The Court finds that the legal and factual basis for the Final Application has been established and that the compensation and reimbursement of expenses described in the Final Application are necessary, fair and reasonable.

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Final Application.

00540531

4.   Any objections not made to the Final Application are waived and any objections made to the Final Application are overruled with prejudice, provided all rights of the Office of the United States Trustee ("OUST") regarding the Final Application shall be reserved until the objection deadline as set forth in conjunction with filing of the Trustee's Final Report ("TFR"). The objection deadline as it pertains to the OUST shall be set after the TFR is filed.

**IT IS HEREBY ORDERED** that the Final Application is APPROVED as set forth herein; and it is further

**ORDERED** that C&T is granted interim allowance of compensation in the amount of $95,860.50 for services rendered on behalf of the Sierra estate[2]; and it is further

**ORDERED** that C&T is granted, on an interim basis, the reimbursement of reasonable and necessary expenses incurred on behalf of the Sierra estate in the amount of $1,725.79; and it is further

**ORDERED** that C&T is granted interim allowance of compensation in the amount of $66,919.50 for services rendered on behalf of the Trevi estate[3]; and it is further

**ORDERED** that C&T is granted, on an interim basis, the reimbursement of reasonable and necessary expenses incurred on behalf of the Trevi estate in the amount of $2,292.16; and it is further

**ORDERED** that the Trustee is authorized to remit payment 1) in the amount of $97,586.29 to C&T on account of the fees and expenses attributable to the Sierra estate, and 2) in the amount of $69,211.66 to C&T on account of the fees and expenses attributable to the Trevi estate; and it is further

---

[2] Interim compensation approved for the Sierra estate includes 50% of the fees incurred in the EAPD/Ampersand Litigation during the Special Litigation Period.
[3] Interim compensation approved for the Trevi estate includes 50% of the fees incurred in the EAPD/Ampersand Litigation during the Special Litigation Period.

**ORDERED** that C&T is granted, on a final basis, compensation in the amount of $725,500.50 for services rendered, and $17,689.74 in actual and necessary expenses incurred; and it is further

**ORDERED** that this Order is effective immediately and shall not be affected and/or stayed by any of the previous of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, or any other applicable rule; and it is further

**ORDERED** that this Order finally approves the compensation as stated above, except that any such compensation and reimbursement of expenses paid remain subject to disgorgement pending approval of the Trustee's Final Report.

Date: __11/21__, 2018

THE HONORABLE CHRISTOPHER S. SONTCHI
United States Bankruptcy Judge